UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICK FULTZ, *et al.*,

    Plaintiffs,

v.

WORLD SAVINGS AND LOAN ASSOCIATION, *et al.*,

    Defendants.

Case No. C08-0343RSL

ORDER GRANTING IN PART AND DENYING IN PART NATIONAL CITY'S MOTION TO DISMISS

This matter comes before the Court on "National City Defendants' Motion to Dismiss Plaintiffs' TILA Claim." Dkt. # 24. For all of the reasons stated in this Court's "Order Granting in Part and Denying in Part Wachovia's Motion to Dismiss," of even date, defendants' motion is GRANTED in part and DENIED in part.

Dated this 17th day of December, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING IN PART AND
DENYING IN PART NATIONAL CITY'S
MOTION TO DISMISS